UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                              PLAINTIFF

v.                       No. 4-08-CV-000456GTE

HACHETTE BOOK GROUP, a/k/a
HATCHETTE BOOK GROUP                                          DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Philip S. Anderson hereby requests the Clerk of the Court to enter his appearance on behalf of defendant Hachette Book Group a/k/a Hatchette Book Group. Defendant hereby requests copies of all future service and correspondence be sent to Philip S. Anderson.

>Respectfully submitted,
>
>WILLIAMS & ANDERSON PLC
>Twenty-Second Floor
>111 Center Street
>Little Rock, AR 72201
>501.372.0800
>
>By:____/s/ Philip S. Anderson_____
>    Philip S. Anderson, Ark. Bar. No. 60001
>    Clayborne S. Stone, Ark. Bar No. 2003102
>    P. Andrew King, Ark. Bar No. 2007176
>
>*Attorneys for Defendant Hachette Book Group a/k/a Hatchette Book Group*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **12th** day of September, 2008, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record via this Court's CM/ECF system and a copy has been served via U.S. Mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207
.

                                              /s/ Philip S. Anderson