UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                                    PLAINTIFF

v.                          No. 4-08-CV-000456GTE

HACHETTE BOOK GROUP, a/k/a
HATCHETTE BOOK GROUP                                                DEFENDANT

## **NOTICE OF ENTRY OF APPEARANCE**

Clayborne S. Stone hereby requests the Clerk of the Court to enter his appearance on behalf of defendant Hachette Book Group a/k/a Hatchette Book Group. Mr. Stone's representation of the defendant will be in addition to the representation currently provided by Philip S. Anderson. Defendant hereby requests copies of all future service and correspondence be sent to Clayborne S. Stone.

                                    Respectfully submitted,

                                    WILLIAMS & ANDERSON PLC
                                    Twenty-Second Floor
                                    111 Center Street
                                    Little Rock, AR 72201
                                    501.372.0800

                                    By:    /s/ Clayborne S. Stone
                                          Philip S. Anderson, Ark. Bar. No. 60001
                                          Clayborne S. Stone, Ark. Bar No. 2003102
                                          P. Andrew King, Ark. Bar No. 2007176

                                    *Attorneys for Defendant Hachette Book Group a/k/a
                                    Hatchette Book Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this **12th** day of September, 2008, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record via this Court's CM/ECF system and a copy has been served via U.S. Mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207

            /s/ Clayborne S. Stone