UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

ROBERT STEINBUCH                                                    PLAINTIFF

v.                              No. 4-08-CV-000456GTE

HACHETTE BOOK GROUP, a/k/a
HATCHETTE BOOK GROUP                                                DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

P. Andrew King hereby requests the Clerk of the Court to enter his appearance on behalf of defendant Hachette Book Group a/k/a Hatchette Book Group. Mr. King's representation of the defendant will be in addition to the representation currently provided by Philip S. Anderson and Clayborne S. Stone. Defendant hereby requests copies of all future service and correspondence be sent to P. Andrew King.

                               Respectfully submitted,

                               WILLIAMS & ANDERSON PLC
                               Twenty-Second Floor
                               111 Center Street
                               Little Rock, AR 72201
                               501.372.0800

                          By:   /s/ P. Andrew King
                               Philip S. Anderson, Ark. Bar. No. 60001
                               Clayborne S. Stone, Ark. Bar No. 2003102
                               P. Andrew King, Ark. Bar No. 2007176

*Attorneys for Defendant Hachette Book Group a/k/a Hatchette Book Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this **12th** day of September, 2008, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record via this Court's CM/ECF system and a copy has been served via U.S. Mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207
.

                                            /s/ P. Andrew King