## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT STEINBUCH**                                                                  **PLAINTIFF**

**vs.**                                              **NO. 4:08CV00456 GTE**

**HACHETTE BOOK GROUP**                                                         **DEFENDANT**

### ORDER OF REASSIGNMENT

The above styled civil case assigned to the docket of Judge G. Thomas Eisele on 5/28/08 is now assigned to the docket of Judge **J. Leon Holmes**.

Judge Holmes is handling *Steinbuch v. Cutler, et al*, 4:06-cv-620 JLH, which is closely related and consolidation "is likely to result in significant savings of judicial resources" within the meaning of General Order No. 39. Judge Holmes has agreed to accept the reassignment of this case to his docket.

Dated this 29th day of September, 2008.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE