IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT STEINBUCH**                                                            **PLAINTIFF**

v.                              No. 4-08-CV-000456GTE

**HACHETTE BOOK GROUP**                                                     **DEFENDANT**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO PLEAD

Defendant Hachette Book Group, Inc. ("Hachette") for its motion for extension of time to plead, states:

1.   Hachette has received one extension of time from the Court to answer or otherwise respond to the plaintiff's complaint. Hachette's responsive pleading is now due on or before October 14, 2008.

2.   Hachette moves for an extension of time to answer or otherwise respond to the plaintiff's complaint, up to and including Tuesday, October 21, 2008. This is Hachette's second and final request for an extension of time to answer or otherwise respond to plaintiff's complaint.

4.   Hachette conferred with plaintiff, who is proceeding *pro se*, regarding this request, and the plaintiff does not object to this motion.

5.   This motion does not seek any affirmative relief, and by filing this motion Hachette does not waive any defenses it may have, including, but not limited to, improper service and lack of personal jurisdiction.

WHEREFORE, defendant Hachette Book Group respectfully moves for an extension of time up to and including October 21, 2008 in which to answer or otherwise respond to plaintiff's complaint.

                      WILLIAMS & ANDERSON PLC
                      Twenty-Second Floor
                      111 Center Street
                      Little Rock, AR 72201
                      501.372.0800

By: /s/ Clayborne S. Stone
    Philip S. Anderson, Ark. Bar. No. 60001
    Clayborne S. Stone, Ark. Bar No. 2003102
    P. Andrew King, Ark. Bar No. 2007176

*Attorneys for Defendant Hachette Book Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of October, 2008, a copy of the foregoing motion was served on all counsel of record via this Court's CM/ECF system and a copy has been served via U.S. Mail and electronic mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207
robertsteinbuch@gmail.com

.

                                                /s/ Clayborne S. Stone