## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT STEINBUCH                                                                   PLAINTIFF

v.                   No. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                    DEFENDANT

### **ORDER**

Without objection, the deadline for defendant to answer or otherwise respond to plaintiff's complaint is hereby extended up to and including October 21, 2008. Document #9.

IT IS SO ORDERED this 14th day of October, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE