UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Robert Steinbuch  :Index No.: 4-08-cv-000456 GTE
    Plaintiff, :
  :
-v- :
  :
Hachette Book Group, AKA Hatchette Book :
Group :
    Defendants. :

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 03 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## CONSENTED-TO MOTION FOR EXTENSION

Plaintiff appears pro se in this action. Defendant filed two consented-to motions for extensions to respond to plaintiff's complaint. Defendant filed its motion to dismiss on October 20, 2008. Plaintiff moves to extend the time in which it may respond to defendant's motion to dismiss to and including December 15, 2008. Pursuant to the agreement of the parties described by defendant in its motions for enlargement, defendant has consented to this motion.

October 31, 2008

_____
Robert Steinbuch
Plaintiff
6834 Cantrell Rd., #222
Little Rock, AR 72207
(718) 673-4393
robertsteinbuch@gmail.com

## CERTIFICATE OF SERVICE

Plaintiff served the attached motion by US mail on defendant on November 3, 2008 at:

Philip Anderson et al.
Williams & Anderson
111 Center St.
Little Rock, AR 72201

In addition, plaintiff's filing will result in defendant also receiving service through the ECF system.

_____
Robert Steinbuch