**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT STEINBUCH                                                    PLAINTIFF

v.                                    No. 4:08CV00456 JLH

HACHETTE BOOK GROUP
a/k/a HATCHETTE BOOK GROUP                                          DEFENDANT

## ORDER

Plaintiff's motion for extension of time to respond to defendant's motion to dismiss is

GRANTED.  Document #14.  Plaintiff must file his response on or before December 15, 2008.

IT IS SO ORDERED this 5th day of November, 2008.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE