IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH                                                          PLAINTIFF

v.                              No. 4-08-CV-000456 JLH

HACHETTE BOOK GROUP                                                       DEFENDANT

**DEFENDANT HACHETTE BOOK GROUP'S
MOTION FOR LEAVE TO FILE REPLY BRIEF**

Defendant Hachette Book Group, Inc. ("Hachette"), for its motion for leave to file reply brief, states:

1. Hachette filed a motion to dismiss on October 20, 2008, on grounds that the plaintiff's complaint fails to state a claim upon which relief can be granted.

2. The plaintiff responded to Hachette's motion on December 15, 2008.

3. The plaintiff's response makes numerous accusations—against Hachette, Hachette's counsel, and other persons—not contained in the original complaint.

4. The plaintiff's response improperly argues several factual and legal matters concerning non-parties to this action who are before the Court in a separate proceeding, *Steinbuch v. Cutler*, No. 4:06-CV-00620-JLH.

5. The plaintiff's response confuses the issues before the Court on Hachette's motion.

6. Fairness requires that Hachette be given a reasonable opportunity to reply to the plaintiff's response.

7. Hachette requests that the Court grant it leave to file a reply brief in support of its motion to dismiss.

8. Due to the upcoming holidays, on or before January 9, 2009, is a reasonable time within which for Hachette to reply brief.

9. Hachette has conferred with the plaintiff, who is proceeding *pro se*, regarding its request for leave to file a reply brief. The Plaintiff's response to that request is attached to this motion as Exhibit 1.

WHEREFORE, defendant Hachette Book Group, Inc., respectfully requests leave to file a reply brief in support of its motion to dismiss, such reply brief to be due on or before January 9, 2009.

> WILLIAMS & ANDERSON PLC
> Twenty-Second Floor
> 111 Center Street
> Little Rock, AR 72201
> Telephone: 501-372-0800
> Facsimile: 501-372-6453
>
> By: /s/ Clayborne S. Stone
> Philip S. Anderson, Ark. Bar. No. 60001
> Clayborne S. Stone, Ark. Bar No. 2003102
> Andrew King, Ark. Bar No. 2007176
>
> *Attorneys for Defendant Hachette Book Group*

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2008, a copy of the foregoing brief was served on all parties of record via this Court's CM/ECF system and a copy has been served via U.S. Mail and electronic mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207
robertsteinbuch@gmail.com

/s/ Clayborne S. Stone
Clayborne S. Stone