## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT STEINBUCH                                                              PLAINTIFF

v.                                        No. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                                        DEFENDANT

### ORDER

Hachette Book Group, Inc.'s motion for leave to file reply brief is GRANTED. Document #18. Hachette Book Group must file its reply brief on or before January 9, 2009.

IT IS SO ORDERED this 22nd day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE