IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH                                                    PLAINTIFF

v.                          No. 4-08-CV-000456 JLH

HACHETTE BOOK GROUP                                                 DEFENDANT

**RESPONSE TO PLAINTIFF'S NOTICE OF
ADDITIONAL AUTHORITY**

In his "Notice of Additional Authority," plaintiff cites to a single unpublished *per curiam* decision of the Eighth Circuit Court of Appeals, *Chambers v. St. Louis County*, 247 Fed. Appx. 846 (8th Cir. 2007). *Chambers*, however, far from supporting plaintiff's response, only further illustrates why the complaint in this case must be dismissed.

Contrary to plaintiff's assertion, *Chambers* did not resurrect the pleading standard abandoned by the Supreme Court in *Twombly*. See *Bell Atl. Corp. v Twombly*, 127 S. Ct. 1955, 1969 (2007) (holding that the "no set of facts" pleading standard has "earned its retirement"). Rather, *Chambers* cites the earlier case of *Frey v. Herculaneum*, 44 F.3d 667 (8th Cir. 1995), as authority to affirm the dismissal of a claim that did not meet the long-established minimum pleading standard that a complaint must not contain "speculative" or "conclusory" allegations, and rather "must contain facts stating [a] claim as a matter of law" in order to survive dismissal under Fed. R. Civ. P. 12(b)(6). *Chambers*, 247 Fed.

Appx. at 848 (citing *Frey*, 44 F.3d at 671). This is a basic standard that continues to thrive in the Eighth Circuit.

*Chambers* highlights why the complaint in this case must be dismissed even under this minimum pleading standard: as demonstrated in Hachette's motion papers, it fails to set forth a sufficient factual basis and relies on merely speculative and conclusory allegations.

Respectfully submitted,

WILLIAMS & ANDERSON PLC
Twenty-Second Floor
111 Center Street
Little Rock, AR 72201
501.372.0800

By: /s/ Clayborne S. Stone
Philip S. Anderson, Ark. Bar No. 60001
Clayborne S. Stone, Ark. Bar No. 2003102

*Attorneys for Defendant Hachette Book Group*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2009, a copy of the foregoing Notice of Entry of Appearance was served on all counsel of record via this Court's CM/ECF system and a copy has been served via U.S. Mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207.

/s/ Clayborne S. Stone

2