# WILLIAMS & ANDERSON PLC

TWENTY-SECOND FLOOR
111 CENTER STREET
LITTLE ROCK, ARKANSAS 72201

PHILIP S. ANDERSON
psa@williamsanderson.com

(501) 372-0800
TELECOPIER
(501) 372-6453
WRITER'S DIRECT DIAL
(501) 396-8428

February 19, 2009

*Via ECF and Hand Delivery*

The Honorable J. Leon Holmes
Chief Judge
United States District Court
Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

    Re:   *Robert Steinbuch v. Hachette Book Group*
           Case No: 4-08-CV-000456GTE

Dear Judge Holmes:

We acknowledge receipt of Professor Steinbuch's Reply to Hachette's Response to Notice of Additional Authorities that he filed on February 17, which is his third filing since Hachette replied to his response to its Motion to Dismiss. This is to request that the issues raised in Hachette's Motion to Dismiss be considered submitted for resolution by the Court.

Respectfully yours,

WILLIAMS & ANDERSON PLC

/s/ Philip S. Anderson

Philip S. Anderson

PSA:b

cc:  Professor Robert Steinbuch (via e-mail and regular mail)
      Clayborne S. Stone, Esquire