IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH                                                              PLAINTIFF

v.                              No. 4-08-CV-000456 JLH

HACHETTE BOOK GROUP                                                           DEFENDANT

## MOTION FOR EXTENSION OF TIME

Defendant Hachette Book Group, Inc. ("Hachette"), for its motion for extension of time, states:

1. Plaintiff served Hachette by mail with his motion for leave to amend his complaint on May 8, 2009.

2. Hachette's response to that motion is due on or before May 22, 2009.

3. During the time it has to respond, the undersigned attorneys representing Hachette will be unavailable for much of this week and next.

4. Hachette requests an extension of time to answer or otherwise respond to the plaintiff's motion for leave to amend, up to and including Friday, June 5, 2008.

5. Hachette attempted to contact plaintiff on May 11, 12, and 13, 2009 regarding this motion, but plaintiff has not responded to Hachette's email and telephone messages. See Exhibit 1.

WHEREFORE, defendant Hachette Book Group respectfully requests an extension of time up to and including June 5, 2009 in which to respond to plaintiff's motion for leave to amend his complaint.

WILLIAMS & ANDERSON PLC
Twenty-Second Floor
111 Center Street
Little Rock, AR 72201
501.372.0800
cstone@williamsanderson.com


By: /s/ Clayborne S. Stone
Philip S. Anderson, Ark. Bar. No. 60001
Clayborne S. Stone, Ark. Bar No. 2003102

*Attorneys for Defendant Hachette Book Group*


## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2009, a copy of the foregoing motion was filed via this Court's CM/ECF system and a copy has been served via U.S. Mail and electronic mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207
robertsteinbuch@gmail.com

.

/s/ Clayborne S. Stone