## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT STEINBUCH                                                                                                   PLAINTIFF

v.                                                  NO. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                                   DEFENDANT

### **ORDER**

Without objection, the time within which defendant must respond to plaintiff's motion for leave to amend complaint is extended up to and including Friday, June 5, 2009. Document #32.

IT IS SO ORDERED this 20th day of May, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE