# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ROBERT STEINBUCH**                                          **PLAINTIFF**

**v.**                          **No. 4-08-CV-000456 JLH**

**HACHETTE BOOK GROUP**                                  **DEFENDANT**

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Defendant Hachette Book Group, for its motion to admit counsel *pro hac vice*, states:

1.      Nathan E. Siegel is a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P., 1050 17th Street N.W., Washington, D.C. 20030.

2.      Mr. Siegel is a member in good standing of the Bars of Maryland, New York, and the District of Columbia and is admitted in good standing in the United States District Courts for the District of Maryland, the District of Columbia, and the Southern District of New York.

3.      John B. O'Keefe is an associate of the law firm of Levine Sullivan Koch & Schulz, L.L.P., resident in its Washington, D.C., office.

4.      Mr. O'Keefe is a member in good standing of the Bars of Virginia and the District of Columbia and is admitted in good standing in the United States District Courts for the Eastern District of Virginia, the Western District of Virginia, and the District of Columbia.

5.      Mr. Siegel and Mr. O'Keefe state and affirm that they will comply with the Local Rules of the United States District Court for the Eastern District and Western District of Arkansas, and all procedures and requirements of this Court.

6.     Mr. Siegel and Mr. O'Keefe request admittance to appear and participate as counsel for defendant Hachette Book Group.

7.     In accordance with Local Rule 83.5(d), Hachette Book Group designates Philip S. Anderson and Clayborne S. Stone of Williams & Anderson PLC, members in good standing of the Arkansas Bar and with this Court, as its local counsel. Mr. Anderson's Arkansas State Bar number is 60001. Mr. Stone's Arkansas State Bar number is 2003102.

8.     WHEREFORE, defendant Hachette Book Group respectfully requests that its motion to admit counsel *pro hac vice* be granted and that Nathan E. Siegel and John B. O'Keefe be permitted to appear and participate as counsel for Hachette Book Group in this matter.

> WILLIAMS & ANDERSON PLC
> Twenty-Second Floor
> 111 Center Street
> Little Rock, AR 72201
> 501.372.0800
> cstone@williamsanderson.com
> psa@williamsanderson.com
>
>
> By:    /s/ Clayborne S. Stone
> Philip S. Anderson, Ark. Bar. No. 60001
> Clayborne S. Stone, Ark. Bar No. 2003102
>
> *Attorneys for Hachette Book Group*
>
> And
>
> LEVINE SULLIVAN KOCH & SCHULZ, L.L.P
> 1050 17th Street, N.W., Suite 800
> Washington, D.C. 20030
> 202.508.1100
> nsiegel@lskslaw.com
> jokeefe@lskslaw.com

By:   /s/ Nathan E. Siegel
     Nathan E. Siegel

By:   /s/ John B. O'Keefe
     John B. O'Keefe

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2009, a copy of the foregoing motion was filed via this Court's CM/ECF system and a copy has been served via U.S. Mail and electronic mail upon:

Robert Steinbuch, Esquire
6834 Cantrell Road, #222
Little Rock, AR 72207
robertsteinbuch@gmail.com

        /s/ Clayborne S. Stone