Steinbuch v. Hachette Book Group     Doc. 37



```
                                                    FILED
                                            U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT         EASTERN DISTRICT ARKANSAS
       EASTERN DISTRICT OF ARKANSAS
           WESTERN DIVISION                      JUN 0 5 2009
```

**ROBERT STEINBUCH**                                                    **PLAINTIFF**

v.                   No. 4-08-CV-000456 JLH

**HACHETTE BOOK GROUP**                               **DEFENDANT**

### MEMORANDUM IN OPPOSITION TO MOTION TO AMEND
### EXHIBIT INDEX

Exhibit 1.    The Washingtonienne by Jessica Cutler filed conventionally with the Clerks office.

                                       Respectfully submitted,

                                       WILLIAMS & ANDERSON PLC
                                       Twenty-Second Floor
                                       111 Center Street
                                       Little Rock, AR 72201
                                       (501) 372-0800

       By: _____
                Philip S. Anderson, Ark. Bar. No. 60001
                Clayborne S. Stone, Ark. Bar. No. 2003102


LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, DC 20036
(202) 508-1100

Nathan Siegel, *pro hac vice app. pending*
John B. O'Keefe, *pro hac vice app. pending*

*Counsel for Defendant Hachette Book Group*

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2009, a copy of the foregoing was filed conventionally with this Court and a copy has been served via U.S. Mail:

Robert Steinbuch, Esq.
6834 Cantrell Road, #222
Little Rock, AR 72207

_____
Clayborne S. Stone

# Exhibit 1

# Exhibit Conventionally Filed With Clerk of the Court Pursuant to *CM/ECF Administrative Policies and Procedures Manual for Civil Filings*