**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT STEINBUCH                                                                                          PLAINTIFF

v.                                                    No. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                                                                    DEFENDANT

## **ORDER**

Philip S. Anderson and Clayborne S. Stone of the law firm of Williams & Anderson PLC, counsel of record for defendant, have filed a motion for admission *pro hac vice* of Nathan E. Siegel and John B. O'Keefe of the law firm of Levine Sullivan Koch & Schulz, L.L.P. The motion is GRANTED. Document #35. Mr. Siegel and Mr. O'Keefe are hereby admitted to appear before this Court *pro hac vice* as co-counsel for defendant in this action.

IT IS SO ORDERED this 5th day of June, 2009.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE