**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT STEINBUCH                                                  PLAINTIFF

v.                          No. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                   DEFENDANT

**ORDER**

Defendant's motion for leave to file surreply in opposition to plaintiff's motion for leave to amend is GRANTED. Document #41. Defendant must file its surreply within five days of the entry of this Order.

IT IS SO ORDERED this 25th day of June, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE