**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERT STEINBUCH                                                     PLAINTIFF

v.                                    No. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                    DEFENDANT

**ORDER**

On June 18, 2009, Robert Steinbuch filed a motion for leave to file a reply brief in support of his motion to amend. That motion is GRANTED. Document #40. The proposed reply brief was attached to the motion, and the Court directs the Clerk to docket the attached reply brief as Document #40-1 filed on June 18, 2009.

IT IS SO ORDERED this 29th day of June, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE