IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT STEINBUCH                                             PLAINTIFF

v.                             NO. 4:08CV00456 JLH

HACHETTE BOOK GROUP                               DEFENDANT

### AMENDED ORDER

Robert Steinbuch's reply brief attached to his motion for leave to file a reply brief is hereby deemed as being filed on June 18, 2009.

IT IS SO ORDERED this 9th day of July, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE