# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

ROBERT STEINBUCH                                    **PLAINTIFF**

v.                          No. 4-06-CV-000620 JLH

JESSICA CUTLER AND
HYPERION BOOKS                                      **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT STEINBUCH                                    **PLAINTIFF**

v.                          No. 4-08-CV-00456 JLH

HACHETTE BOOK GROUP                                 **DEFENDANT**


## CONSENT MOTION FOR A STAY

Plaintiff and Defendants Hyperion Books and Hachette Book Group hereby jointly move

for a stay of 45 days in the above-captioned consolidated cases. The parties jointly request this

stay for the purpose of attempting to finalize their efforts to achieve a negotiated resolution of

this matter. The parties anticipate requiring additional time because there are multiple cases,

including related cases in other jurisdictions, that the parties are attempting to resolve globally.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court stay this

matter for 45 days.


WILLIAMS & ANDERSON PLC
Twenty-Second Floor
111 Center Street
Little Rock, AR 72201
Telephone: 501-372-0800
Facsimile: 501-372-6453

{00236601;v1}

By: \_\_\_\_/s/ Clayborne S. Stone_____
    Philip S. Anderson, Ark. Bar No. 60001
    Clayborne S. Stone, Ark. Bar No. 2003102
    psa@williamsanderson.com
    cstone@williamsanderson.com

    and

    LEVINE SULLIVAN KOCH & SCHULZ, L.L.P
    1050 Seventeenth Street, N.W., Suite 800
    Washington, D.C.  20030
    202.508.1100
    Nathan Siegel, *pro hac vice*, nsiegel@lskslaw.com
    John B. O'Keefe, *pro hac vice*, jokeefe@lskslaw.com

    *Counsel for Defendants Hyperion and Hachette*

By: _____/s/ Jonathan Rosen_____
    Jonathan Rosen, Esquire
    747 Vassar Avenue, Suite A
    Lakewood , NJ  08701
    *Counsel for Plaintiff*