## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT STEINBUCH                                                                               PLAINTIFF

v.                          No. 4:06CV00620 JLH

JESSICA CUTLER and
HYPERION BOOKS                                                                                DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT STEINBUCH                                                                               PLAINTIFF

v.                          No. 4:08CV00456 JLH

HACHETTE BOOK GROUP                                                                            DEFENDANT

### ORDER

The motion for stay filed by Robert Steinbuch, Hyperion Books, and Hachette Book Group is GRANTED. Document #54. This consolidated action is hereby stayed for a period of 45 days.

IT IS SO ORDERED this 21st day of August, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE