## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ROBERT STEINBUCH                                                               PLAINTIFF

v.                       No. 4:08CV00456 JLH (LEAD)

HACHETTE BOOK GROUP                                                            DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ROBERT STEINBUCH                                                               PLAINTIFF

v.                       No. 4:06CV00620 JLH

JESSICA CUTLER and
HYPERION BOOKS                                                                 DEFENDANTS

### ORDER

Pursuant to the Consent Motion for a Continued Stay (Document #168), this consolidated action is hereby stayed for a period of 45 days.

IT IS SO ORDERED this 6th day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE