IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| ROBERT STEINBUCH | PLAINTIFF |
|---|---|
| v.  No. 4-06-CV-000620 JLH | |
| JESSICA CUTLER AND HYPERION BOOKS | DEFENDANTS |

* * * * * * * * * * * * * * *

| ROBERT STEINBUCH | PLAINTIFF |
|---|---|
| v.  No. 4-08-CV-00456 JLH | |
| HACHETTE BOOK GROUP | DEFENDANT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. Pr. 41(a)(1)(A)(ii), Plaintiff and Defendants stipulate that the above-captioned consolidated actions are hereby dismissed, with prejudice.

                WILLIAMS & ANDERSON PLC
                Twenty-Second Floor
                111 Center Street
                Little Rock, AR 72201
                Telephone: 501-372-0800
                Facsimile: 501-372-6453

By: /s/ Clayborne S. Stone
    Philip S. Anderson, Ark. Bar No. 60001
    Clayborne S. Stone, Ark. Bar No. 2003102
    psa@williamsanderson.com
    cstone@williamsanderson.com

*Counsel for Defendants Hyperion, Hachette and Jessica Cutler*

and

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20030
202.508.1100
Nathan Siegel, *pro hac vice*, nsiegel@lskslaw.com
John B. O'Keefe, *pro hac vice*, jokeefe@lskslaw.com

*Counsel for Defendants Hyperion and Hachette*


By:     /s/ Jonathan Rosen
       Jonathan Rosen, Esquire
       747 Vassar Avenue, Suite A
       Lakewood , NJ 08701
       *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12th, 2009, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Eastern District of Arkansas by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Philip S. Anderson